UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**HEATHER PEAVLER**

    **Plaintiff,**

v.                                             Case No. 8:21-CV-1761-AAS

**KILOLO KIJAKAZI,**
**Commissioner,**
**Social Security Administration,**

    **Defendant.**
_____/

## ORDER

Heather Peavler moves for attorney's fees and costs under the Equal Access to Justice Act (EAJA), 28 U.S.C. Section 2412. (Doc. 34). The Commissioner does not oppose the motion. (*Id.* at p. 7).

Ms. Peavler requests $5,458.81 in attorney's fees, plus filing costs of $400.00. The EAJA permits awards for reasonable attorney's fees and costs to a prevailing party against the United States. 28 U.S.C. § 2412. A July 13, 2022 order remanded the case to the Commissioner under sentence four of 42 U.S.C. Section 405(g) for further administrative proceedings. (Doc. 32). The Clerk entered judgment in favor of Ms. Peavler. (Doc. 33).

The Commissioner does not contest the following: Ms. Peavler is the prevailing party; Ms. Peavler' net worth was less than $2 million when she

1

filed her complaint; the Commissioner's position was not substantially justified; and the Commissioner has no objection to the requested award of attorney's fees and costs. (Doc. 34, p. 7). A court should grant a Social Security claimant's request for attorney's fees when it is unopposed. *See Jones v. Colvin*, No. 8:13-cv-2900-VMC-AEP, 2015 WL 7721334 (M.D. Fla. Nov. 30, 2015) (awarding unopposed attorney's fees request). No special circumstances make an attorney's fees award in this matter unjust. Thus, Ms. Peavler is entitled to $5,458.81 attorney's fees, plus filing costs of $400.00.

Attorney's fees awarded to a claimant under the EAJA can be offset to satisfy the claimant's pre-existing debt to the United States. *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010). Following this order, the United States Department of the Treasury will determine whether Ms. Peavler owes a debt to the United States. Ms. Peavler assigned her rights to EAJA fees to her attorney. (Doc. 34-2). If Ms. Peavler has no federal debt, the United States will accept her assignment of EAJA fees and pay the fees directly to counsel.

Accordingly, Ms. Peavler's motion for attorney's fees and costs under the EAJA (Doc. 34) is **GRANTED**. Ms. Peavler is awarded **$5,458.81** in attorney's fees and **$400.00** in costs.

**ORDERED** in Tampa, Florida on August 11, 2022.

_____
AMANDA ARNOLD SANSONE
United States Magistrate Judge